IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TASHA SCOTT,

      Plaintiff,                                                 No. CIV S-06-1216 LKK EFB

      vs.

SOLANO COUNTY HEALTH AND
SERVICES DEPARTMENT, et al.,
                                                      <u>ORDER</u>

      Defendants.
_____/

      On October 10, 2007, defendants filed a proposed order for the district judge to approve a "unilateral discovery plan." Submitted with the proposed order was a letter requesting that the judge approve the plan and require plaintiff to produce her Rule 26(a) initial disclosures no later than October 12, 2007. The proposed order also sought the court to order the performance of parts of the unilateral proposed discovery plan. In the cover letter accompanying this request, defense counsel acknowledges that this is an "unusual" request.

      As a scheduling order has already issued in this case, the district judge referred this request to the undersigned, construing it as a motion to compel discovery. Having reviewed the scheduling order that issued on August 30, 2006, the court notes that the discovery deadline is November 28, 2007. The scheduling order further provides that all motions to compel are to be noticed to be heard before the undersigned no later than October 28, 2007.

1

To the extent defendants seek to compel production of plaintiff's initial disclosures, the appropriate remedy is to file a properly noticed motion to compel before the undersigned, not a request for the court to approve a unilateral discovery plan. The court notes, however, that pursuant to the requirements of Local Rule 37-251, all such motions must be noticed "at least twenty-one (21) days from the date of filing" the motion. Accordingly, the time for noticing such a motion has run. However, defendants are still free to file an appropriate application to shorten time to hear a motion to compel, or to move the district judge to modify his scheduling order. *See* Local Rule 6-144.

Based on the foregoing, defendants' request for approval of their unilateral discovery plan is denied, without prejudice.

SO ORDERED.

DATED: October 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2