IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TASHA SCOTT,

    Plaintiff,                    No. CIV S-06-1216 LKK EFB

    vs.

SOLANO COUNTY HEALTH AND
SERVICES DEPARTMENT, et al.,
                                          ORDER
    Defendants.
                                /

       On October 18, 2007, counsel for defendants submitted an ex parte application for a order shortening time with regard to several proposed motions to compel.  The facts, as alleged in counsel's application and supporting declarations, if true, are troubling.  The court will defer ruling on the application for an order shortening time and direct counsel for plaintiff to file a response thereto not later than 12:00 noon local time on Friday, October 19, 2007.

       All counsel shall be available for a telephonic conference, if the court deems one necessary, on Monday, October 22, 2007 at 11:00 a.m.

       Accordingly, it is hereby ORDERED that:

       1. Ruling on defendants' application for an order shortening time is deferred pending further briefing;

////

1

2. Counsel for plaintiff shall file a response to the application, not later than 12:00 noon on Friday October 19, 2007. Such response shall also specifically address defense counsel's contentions included therein; and

3. Counsel for all parties shall be available for a telephonic conference on Monday, October 22, 2007 at 11:00 a.m., if the court deems one necessary after plaintiff's counsel's response.

SO ORDERED.

DATED: October 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE