1  LAURENCE L. ANGELO, ESQ., SB No. 034528   (SPACE BELOW FOR FILING STAMP ONLY)
2  CORI R. SARNO, ESQ. SBN 230559
   CARRIE A. FREDERICKSON, ESQ. SBN 245199
3  **ANGELO, KILDAY & KILDUFF**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
6

7  Attorneys for Defendants
   SOLANO COUNTY HEALTH AND SOCIAL
8  SERVICES DEPARTMENT, SOLANO COUNTY,
   PATRICK DUTERTE and TRISH EDIE
9

10
                  **UNITED STATES DISTRICT COURT**
11                **EASTERN DISTRICT OF CALIFORNIA**

12
   TASHA SCOTT,                          )  Case No.: 2:06-CV-01216-LKK-EFB
13                                       )
                        Plaintiff,       )  **ORDER PURSUANT TO STIPULATION**
14                                       )  **RE HEARING, INTERROGATORIES,**
                vs.                      )  **REQUEST FOR PRODUCTION AND**
15                                       )  **PLAINTIFF'S DEPOSITION**
16 SOLANO COUNTY HEALTH AND SOCIAL )
   SERVICES DEPARTMENT, SOLANO           )  **Hearing Date:  November 13, 2007**
17 COUNTY, PATRICK DUTERTE and TRISH )   **Time:          9:00 a.m.**
18 EDIE, et al.,                         )  **Courtroom:     25**
                                         )
19                      Defendants.      )  **The Honorable Edmund F. Brennan**
20 ─────────────────────────────────     )  **Judge Magistrate**

21
22       PURUANT TO STIPULATION of the parties hereto, through their respective counsel,
23 and good cause appearing therefor:
24       IT IS HEREBY ORDERED as follows:
25       1.      That defendants' Motions To Compel Answers To Interrogatories, Request For
26 Production And The Appearance Of Plaintiff At Her Deposition And Sanctions are set to be
27 heard on November 13, 2007 at 9:00 a.m. in Courtroom 25 of the above-entitled Court, with the
28 ///

---
-1-
**ORDER PURSUANT TO STIPULATION RE HEARING, INTERROGATORIES,**
**REQUEST FOR PRODUCTION AND PLAINTIFF'S DEPOSITION**

parties to file with the Court a Joint Statement re Discovery Disagreement no later than one week before the hearing;

    2.    That plaintiff shall serve answers to the outstanding interrogatories in question and produce the records and documents requested by defendants so that said answers, documents and records are received by defendants no later than October 26, 2007;

    3.    That plaintiff shall appear at her deposition on October 31, 2007 at 9:00 a.m. in the law offices of Angelo Kilday & Kilduff, 601 University Avenue, STE 150, Sacramento, CA 95825, then and there to allow her deposition to be taken; and

    4.    That defendants shall arrange for plaintiff's air flight from Baton Rouge, Louisiana to Sacramento to arrive on October 30, 2007 and return to Baton Rouge on November 1, 2007 and shall further arrange a motel room for plaintiff for October 30 and 31 at defendants' costs and shall convey the information pertaining to such air flight and reservations to plaintiff's counsel according.

Dated: October 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE