LAURENCE L. ANGELO, ESQ. SBN 034528         (SPACE BELOW FOR FILING STAMP ONLY)
CORI R. SARNO, ESQ. SBN 230559
CARRIE A. FREDERICKSON, ESQ., SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
SOLANO COUNTY HEALTH AND SOCIAL
SERVICES DEPARTMENT, SOLANO COUNTY,
PATRICK DUTERTE and TRISH EDIE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA SCOTT, | Case No.: 2:06-CV-01216-LKK-EFB |
| Plaintiff, | |
| vs. | **ORDER RE DEFENDANTS' REQUEST FOR PAGE LIMIT EXTENSION** |
| SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, SOLANO COUNTY, PATRICK DUTERTE and TRISH EDIE, et al., | **TRIAL DATE:  January 27, 2009** |
| Defendants. | **The Honorable Lawrence K. Karlton** |

## ORDER

Based on the Request for Page Limit Extension filed by Defendants, SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, SOLANO COUNTY, PATRICK DUTERTE and TRISH EDIE, leave is hereby granted to Defendants to file a memorandum of points and authorities in support of summary judgment or, in the alternative, summary adjudication of issues not to exceed fifty (50) pages in length.  In light of this extension, any memorandum of points and authorities filed in opposition may also exceed the

PDF created with pdfFactory trial version www.pdffactory.com

1  Court's page limit, but may not be more than fifty (50) pages in length.  Defendants' reply
2  memorandum shall not exceed thirty (30) pages in length.
3  Dated:  May 20, 2008.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

14  I:\LLA\SCOTT v. SOLANO CO\PLEADINGS\MSJ\[PROPOSED] ORDER RE REQUEST TO EXCEED PAGE LIMIT.doc

PDF created with pdfFactory trial version www.pdffactory.com