UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TASHA SCOTT,

         Plaintiff,

    v.

SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, SOLANO COUNTY, PATRICK DUTERTE and TRISH EDIE, et al,

         Defendants.
_____/

NO. CIV. 06-1216 LKK/EFB

O R D E R

Pending before the court is defendants' Motion for Summary Judgment, set to be heard on July 11, 2008. Pursuant to the local rules, the plaintiff was required to file and serve her opposition or statement of non-opposition to the summary judgment motion by June 27, 2008. The plaintiff has not done so.[1]

---

[1] The plaintiff has filed several documents in support of her opposition (e.g., Declaration of Tasha Scott, Statement of Disputed and Undisputed Facts). None of these were timely filed. Plaintiff has not filed a memorandum of points and authorities in opposition to defendants' motion or a statement of non-opposition.

1

Accordingly, the court orders as follows:

1. Plaintiff is hereby ORDERED TO SHOW CAUSE in writing by July 11, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opposition or statement of non-opposition;

2. Plaintiff must file and serve her opposition or statement of non-opposition to the pending Motion for Summary Judgment no later than July 2, 2008 at 12:00 PM;

3. Defendants' reply, if any, must be filed on or before July 9, 2008.

4. The hearing is CONTINUED to July 25, 2008 at 10:00 AM.

IT IS SO ORDERED.

DATED: July 1, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2