UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TASHA SCOTT,

                              NO. CIV. 06-1216 LKK/EFB

      Plaintiff,

  v.

SOLANO COUNTY HEALTH AND SOCIAL     O R D E R
SERVICES DEPARTMENT, SOLANO
COUNTY, PATRICK DUTERTE and
TRISH EDIE, et al,

      Defendants.
                              /

    On July 1, 2008, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for her failure to file a timely opposition to defendants' motion for summary judgment or statement of non-opposition. Counsel responded to the order to show cause on July 11, 2008. The crux of plaintiff's response is that defendants' motion was voluminous and she had technical difficulty in opening the document and forwarding it to her client. These circumstances do not constitute good cause for failing to adhere to the deadlines of the court.

1

1         No good cause shown, the court hereby ORDERS that counsel for
2    plaintiff is SANCTIONED in the amount of one hundred and fifty
3    ($150.00) dollars. This sum shall be paid to the Clerk of the Court
4    no later than thirty (30) days from the date of this order. Counsel
5    shall file an affidavit accompanying the payment of this sanction
6    which states that it is paid personally by counsel, out of personal
7    funds, and is not and will not be billed, directly or indirectly,
8    to the client or in any way made the responsibility of the client
9    as attorneys' fees or costs.
10        IT IS SO ORDERED.
11        DATED: July 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2