LAURENCE L. ANGELO, ESQ., SB No. 034528        (SPACE BELOW FOR FILING STAMP ONLY)
CORI R. SARNO, ESQ. SBN 230559
CARRIE A. FREDERICKSON, ESQ. SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
SOLANO COUNTY HEALTH AND SOCIAL
SERVICES DEPARTMENT, SOLANO COUNTY,
PATRICK DUTERTE and TRISH EDIE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TASHA SCOTT, | Case No.: 2:06-CV-01216-LKK-EFB |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST AND ORDER TO CONTINUE TRIAL DATE AND SCHEDULE SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE TO CONTINUE THE FINAL PRETRIAL CONFERENCE** |
| SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, SOLANO COUNTY, PATRICK DUTERTE and TRISH EDIE, et al., | |
| Defendants. | |

STIPULATION

WHEREAS, this matter by the Status (Pretrial Scheduling) Order signed by the Honorable Lawrence Karlton, United States District Judge, set the trial herein to begin on January 27, 2009, before a jury with a pretrial conference on October 27, 2008, and that a settlement conference will be set before a judge other than the trial judge at the time of the Pretrial Conference;

-1-
**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
AND SCHEDULE SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE TO CONTINUE THE FINAL
PRETRIAL CONFERENCE**

1  WHEREAS, defense counsel is scheduled to begin a trial before the
2  Honorable John Mendez on January 12, 2009 that is expected to take fifteen court
3  days to try;

4  WHEREAS, the Defendants' Motion for Summary Judgment, or in the
5  Alternative, Summary Adjudication was partially granted, leaving Plaintiff only
6  one remaining cause of action for a violation of California Government Code §
7  12900 and Title VII for failure to promote to the temporary and permanent
8  positions of Employment Resource Specialist III (Lead Worker);

9  WHEREAS, since Defendants' Motion for Summary Judgment, or in the
10  Alternative, Summary Adjudication was partially granted, the parties have been
11  engaging in settlement negotiations;

12  WHEREAS the parties may benefit from a settlement conference at the
13  Court's earliest convenience;

14  WHEREAS, if the trial date is not continued, attorneys Carolee G. Kilduff
15  and Cori R. Sarno of Angelo, Kilday & Kilduff will have to try this case for Mr.
16  Laurence Angelo and Ms. Carrie Frederickson, and neither attorney is available to
17  attend the final pre-trial conference scheduled for October 27, 2008 due to
18  appearances scheduled in other matters in other jurisdictions;

19  NOW, THEREFORE, IT IS STIPULATED by and between the parties
20  hereto, through their respective counsel, that the following occur:

21  First, that with permission of the Court the trial be continued for sixty (60)
22  days to a date that is consistent with the Court's calendar;

23  Second, that the Court schedule a settlement conference for the earliest
24  possible date that is consistent with the Court's calendar;

25  Third, if the Court declines to continue the trial date, the time to file pre trial
26  statements and the final pre-trial conference currently set for October 27, 2008, be
27  continued to a later date when Ms. Kilduff and Ms. Sarno, are available to attend.
28

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: October 20, 2008 | LAW OFFICES OF MARYLON M. BOYD |
| 2 | | |
| 3 | | */s/ Marylon M. Boyd* |
| 4 | | By:_____ |
| 5 | | MARYLON M. BOYD |
| | | Attorney for Plaintiff |
| 6 | | TASHA SCOTT |
| 7 | | |
| 8 | Dated: October 20, 2008 | ANGELO, KILDAY & KILDUFF |
| 9 | | |
| 10 | | */s/ Cori R. Sarno* |
| | | By:_____ |
| 11 | | LAURENCE L. ANGELO |
| 12 | | CORI R. SARNO |
| 13 | | Attorneys for Defendants |
| | | SOLANO COUNTY |
| 14 | | HEALTH AND SOCIAL |
| 15 | | SERVICES DEPARTMENT, |
| | | SOLANO COUNTY, |
| 16 | | PATRICK DUTERTE and |
| 17 | | TRISH EDIE |

I:\LLA\SCOTT v. SOLANO CO\PLEADINGS\STIPULATION TO CONTINUE TRIAL & SCHEDULE SETTLEMENT CONFERENCE.doc

-3-
**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
AND SCHEDULE SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE TO CONTINUE THE FINAL
PRETRIAL CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS ORDERED that:

The trial is continued from January 27, 2009 until April 21, 2009 at 10:30 am.

The final pretrial conference is scheduled for February 2, 2009 at 11:00 am.

Dated: October 20, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com