LAURENCE L. ANGELO, ESQ., SB No. 034528
CORI R. SARNO, ESQ. SBN 230559
CARRIE A. FREDERICKSON, ESQ. SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant SOLANO COUNTY also sued herein as SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA SCOTT,<br><br>          Plaintiff,<br><br>          vs.<br><br>SOLANO COUNTY HEALTH AND SOCIAL SERVICES DEPARTMENT, SOLANO COUNTY, PATRICK DUTERTE and TRISH EDIE, et al.,<br><br>          Defendants. | Case No.: 2:06-CV-01216-LKK-EFB<br><br>**STIPULATION AND ORDER RE SETTLEMENT**<br><br>**Trial Date:  February 9, 2010**<br>**Before:  Honorable Lawrence K. Karlton** |

## STIPULATION

IT IS STIPULATED by and between the Parties hereto, through their respective counsel, that this case is settled pursuant to the following terms:

First, the settlement will be for the total sum of Fifteen Thousand Dollars ($15,000.00), Ten Thousand Dollars ($10,000.00) of which is to be paid to the Plaintiff, TASHA SCOTT, and Five Thousand Dollars ($5,000.00) of which is to be paid to the Bankruptcy Trustee, Ms. Martha G. Bronitsky, in the pending

PDF created with pdfFactory trial version www.pdffactory.com

bankruptcy proceeding of Marylon Boyd, and is only to be disbursed pursuant to further order of the Bankruptcy Court in that proceeding;

Second, that Plaintiff, TASHA SCOTT, will sign and provide to Defendant with a full release of all claims;

Third, that this action pursuant to FRCP Rule 41 will be dismissed with prejudice;

Fourth, that the above-mentioned amounts will be paid within 20 days after receipt of an Internal Revenue Service W-9 Form completed by Marylon Boyd and provided to the law firm of Angelo, Kilday & Kilduff;

Fifth; Plaintiff, TASHA SCOTT, shall never again seek employment from the County of Solano;

Sixth, the County of Solano, when inquiry is made, shall give only the Plaintiff's date of employment, the date her employment ended, and the position she held, unless otherwise required by law to provide more information; and

Seventh, this Stipulation shall be submitted to the Court so that the Court may order the performance of its terms and shall become effective only when said Order is issued.

Dated:  January 12, 2010.                    ANGELO, KILDAY & KILDUFF


                                             */s/Laurence L. Angelo*
                                             By:_____
                                             LAURENCE L. ANGELO
                                             CORI R. SARNO
                                             CARRIE A. FREDERICKSON
                                             Attorneys for Defendant
                                             SOLANO COUNTY HEALTH AND
                                             SOCIAL SERVICES DEPARTMENT
                                             and SOLANO COUNTY

**STIPULATION AND ORDER RE SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  January 11, 2010.

LAW   OFFICES   OF   MARYLON   M.
BOYD


/s/Marylon M. Boyd
By:_____
MARYLON M. BOYD, Individually and
as Attorney for Plaintiff, TASHA SCOTT



ORDER

SO ORDERED.

Dated:  January 14, 2010.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-
**STIPULATION AND ORDER RE SETTLEMENT**

PDF created with pdfFactory trial version www.pdffactory.com